# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT JOHNSON

NO. 2024 KW 0710

**NOVEMBER 18, 2024**

---

In Re: Robert Johnson, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 770,233.

---

BEFORE: **THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.** If relator is making a complaint with regard to the computation of his sentence, La. R.S. 15:1171(B) grants authority to the Department of Public Safety and Corrections to adopt administrative remedy procedures to receive, hear, and dispose of complaints of time computations of sentences. Any complaint pertaining to the time computations, including alleged credit for time served issues, must be raised in a civil proceeding under the Corrections Administrative Remedy Procedure (CARP) as provided in La. R.S. 15:1171-79 before seeking a remedy from the district court. See **Williams v. Creed**, 2007-0614 (La. App. 1st Cir. 12/21/07), 978 So.2d 419, 422, writ denied, 2008-0433 (La. 10/2/09), 18 So.3d 111. On review of the Department's decision, the district court functions as an appellate court. Its review shall be confined to the record and shall be limited to the issues presented in the petition for review and the administrative remedy request filed at the agency level. See La. R.S. 15:1177(A)(5); **Ricks v. La. Dept. of Justice**, 2023-0549 (La. App. 1st Cir. 11/3/23), 378 So.3d 83. An aggrieved party may appeal a final judgment of the district court to the appropriate appellate court. La. R.S. 15:1177(A)(10).

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT